**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SVETLANA GRIGOROVICH,

Petitioner,

v.

CHRISTOPHER J. LAROSE, *et al.*,

Respondents.

Case No. 26-cv-03106-BAS-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Svetlana Grigorovich filed a habeas petition pursuant to 28 U.S.C. § 2241, claiming her immigration detention has been arbitrarily and unreasonably prolonged and that she was improperly denied a bond hearing. (ECF No. 1.) Petitioner requests a bond hearing where the Government has the burden of proving that she poses a risk of flight or a danger to the community. (*Id.*) The Government does not oppose. (ECF No. 5.) For the reasons stated below, the Court **GRANTS** the Petition and orders a bond hearing before an Immigration Judge.

**I.      LEGAL STANDARD**

A writ of habeas corpus is "available to every individual detained within the United States." *Hamdi v. Rumsfeld,* 542 U.S. 507, 525 (2004).  "The traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez,* 411 U.S. 475, 484

- 1 -

26cv3106

(1973).  A court may grant a writ of habeas corpus to a petitioner who demonstrates he or she is in custody in violation of the Constitution or federal law.  28 U.S.C. § 2241(c)(3).  It applies to non-citizens detained within the United States. *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).  Since Petitioner is in custody and since she is seeking release from custody, she has standing to pursue this Petition.

## II.    BACKGROUND

Immigration and Customs Enforcement ("ICE") detained Petitioner on May 7, 2025, at a Port of Entry. (ECF No. 1.) Petitioner has been in custody for over a year now without a bond hearing. She had a merits hearing on January 26, 2026, before an Immigration Judge. (*Id.*) On February 7, 2026, she appealed the Immigration Judge's merits hearing determination. (*Id.*) No briefing schedule has yet been issued on this appeal. (*Id.*)

This is Petitioner's second habeas petition. *See* Case No. 26-cv-1572-BAS-MSB. This Court previously denied her first habeas petition on March 4, 2026, ruling: (1) the Court is not stripped of jurisdiction by 8 U.S.C. § 1252(g); (2) Petitioner is mandatorily detained pursuant to 8 U.S.C. § 1225(b); and (3) Petitioner has failed to show that her detention had been arbitrarily and unreasonably prolonged. *Id.*, ECF No. 8. Petitioner has now been in custody for over a year, and the Government has failed to move forward with a briefing schedule on her appeal. The Government concedes the Court should order a bond hearing where the Government bears the burden of proving by clear and convincing evidence that Petitioner's release would pose a danger to the community or a risk of flight. (ECF No. 5.)

## III.    ANALYSIS

The Court agrees that immigration detention without a bond hearing can be deemed arbitrarily and unreasonably prolonged and thus a violation of the detainee's due process rights. *See, e.g.*, *Rodriguez v. Marin*, 909 F.3d 252, 256 (9th Cir. 2018) ("We have grave doubts that any statute that allows for arbitrary prolonged detention without any process is constitutional or that those who founded our democracy precisely to protect against the government's arbitrary deprivation of liberty would have thought so.").  The Government

- 2 -

26cv3106

does not oppose the Court ordering a bond hearing. (ECF No. 5.)   Hence, the Court **GRANTS** the Petition to the extent it requests that a bond hearing be held before an Immigration Judge.

## IV.    CONCLUSION

Accordingly, the Court issues the following writ:

The Court **ORDERS** a bond hearing before an Immigration Judge for Svetlana Grigorovich (A# 221-393-980) within 14 days of the date of this Order. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond. If no bond hearing is held within 14 days, Petitioner is ordered released forthwith.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: June 4, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv3106